STATE OF NEW JERSEY v. MARIE D. ROSS.

October 25, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. LEROY BAKER.

October 25, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. KERG JOHNSON.

October 25, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. TIMOTHY EVANS.

October 25, 1983.

Petition for certification denied.

CLIFFORD JETER v. VINCENT J. DRAKE.

October 25, 1983.

Petition for certification denied.